The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMON RIVIERA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KJELL ANDERSON, et al., <br><br> Defendants. | NO. 2:24-cv-00677-KKE <br><br> STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES <br><br> NOTE ON MOTION CALENDAR: June 11, 2024 |

## STIPULATION

1. The parties communicated about timing of Defendants' response to the complaint.

2. If Defendants respond to Plaintiffs' complaint with a motion under Rule 12(b), it will benefit the parties and the Court for the parties to have a full opportunity to brief the issues. Due in large part to summer plans and workload concerns, a schedule other than that allowed by the Local Rules would be in the interest of justice.

3. The parties further agreed to request extension of the Court's initial scheduling dates. Good cause exists for this request, because the parties' Rule 26(f) conference will be more productive after receiving a decision on any motion response to the Complaint, and the parties hereby stipulate to the following:

4. The parties propose the following deadlines:

- Defendants will respond to Plaintiffs' complaint no later than July 10, 2024.

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES
NO. 2:24-cv-00677-KKE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
P.O. Box 40111
Olympia. WA 98504-0111
(360) 709-6470

1  • Plaintiffs will respond to any motion to dismiss no later than August 16, 2024.

2  • Plaintiffs may amend their complaint as a matter of course under Rule 15(a), on or before August 16, 2024.

3  • Defendants will file any reply in support of a motion to dismiss no later than August 30, 2024.

5. The parties propose the following schedule for initial scheduling dates:

  • Deadline for Rule 26(f) Conference: 14 days after this Court enters an order on a motion to dismiss, or, if no motion is filed, 14 days after Defendants answer.

  • Deadline for initial disclosures pursuant to Rule 26(a)(1): 24 days after this Court enters an order on a motion to dismiss, or, if no motion is filed, 24 days after Defendants answer.

  • Deadline for Combined Joint Status Report and Discovery Plan as Required by Rule 26(f) and Local Civil Rule 26(f): 30 days after this Court enters an order on a motion to dismiss, or, if no motion is filed, 30 days after Defendants answer.

6. The parties preserve their ability to amend the schedule as of right, pursuant to the Federal Rules of Civil Procedure and the Local Rules. The parties commit to meet and confer about reasonable revisions to the schedule, should that occur.

DATED this 11th day of June 2024.

ROBERT W. FERGUSON
Attorney General

*/s/ William McGinty*
R. JULY SIMPSON, WSBA #45869
WILLIAM MCGINTY, WSBA #41868
SARAH E. SMITH-LEVY, WSBA #55770
DIERK MEIERBACHTOL, WSBA #31010

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES
NO. 2:24-cv-00677-KKE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
P.O. Box 40111
Olympia. WA 98504-0111
(360) 709-6470

| | |
|---|---|
| 1 | Assistant Attorneys General |
| | EMMA GRUNBERG, WSBA #54659 |
| 2 | Deputy Solicitor General |
| | July.Simpson@atg.wa.gov |
| 3 | William.McGinty@atg.wa.gov |
| | Sarah.E.Smith-Levy@atg.wa.gov |
| 4 | Dierk.Meierbachtol@atg.wa.gov |
| | Emma.Grunberg@atg.wa.gov |
| 5 | *Attorneys for Defendants* |

6  Approved as to Form:

7  LANE POWELL PC

8
   */s/ Devon J. McCurdy*
9  CALLIE A. CASTILLO, WSBA #38214
   DEVON J. MCCURDY, WSBA #52663
10 140 Fifth Ave., Ste. 4200
   P.O. Box 91302
11 Seattle, WA  98111-9402
   (206) 223-714
12 Castilloc@lanepowell.com
   Mccurdyd@lanepowell.com
13 *Attorney for Plaintiffs*

14
15 SNELL & WILMER LLP

16 */s/ Clifford S. Davidson*
   AMIT D. RANADE, WSBA #34878
17 CLIFFORD S. DAVIDSON, WSBA #48313
   MALLORY L. SATRE, WSBA #50194
18 600 University St., Ste. 310
   Seattle, WA  98101
19 (206) 741-1402
   Aranade@swlaw.com
20 Cdavidson@swlaw.com
   Msatre@swlaw.com
21

22 BAKER BOTTS LLP

23
   Megan H. Berge (DC Bar No. 983714) (*pro hac
24 vice application pending*)
   Scott Novak (DC Bar No. 1736274) (*pro hac
25 application pending*)
   700 K Street NW
26 Washington, D.C. 20001

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES
NO. 2:24-cv-00677-KKE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
P.O. Box 40111
Olympia. WA 98504-0111
(360) 709-6470

| | |
|---|---|
| 1 | Telephone: 202.639.1308 |
| 2 | megan.berge@bakerbotts.com |
|   | scott.novak@bakerbotts.com |
| 3 | |
|   | *Attorneys for Plaintiffs Avista Corporation,* |
| 4 | *Cascade Natural Gas Corporation, &* |
|   | *Northwest Natural Gas Company* |

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES
NO. 2:24-cv-00677-KKE

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
P.O. Box 40111
Olympia. WA 98504-0111
(360) 709-6470

# ORDER

**IT IS HEREBY ORDERED:**

That the stipulation of the Parties is APPROVED and ADOPTED.

DATED this _____ day of _____ 2024.

_____
HON. KYMBERLY K. EVANSON
United States District Judge

STIPULATED MOTION AND
[PROPOSED] ORDER EXTENDING
DEADLINES
NO. 2:24-cv-00677-KKE

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
P.O. Box 40111
Olympia. WA 98504-0111
(360) 709-6470