The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMON RIVIERA, et al., | NO. 2:24-cv-00677-KKE |
| Plaintiffs, | STIPULATED MOTION AND ORDER EXTENDING DEADLINES |
| v. | |
| KJELL ANDERSON, et al., | |
| Defendants. | |

## **STIPULATION**

1. The parties communicated about timing of Defendants' response to the complaint.

2. If Defendants respond to Plaintiffs' complaint with a motion under Rule 12(b), it will benefit the parties and the Court for the parties to have a full opportunity to brief the issues. Due in large part to summer plans and workload concerns, a schedule other than that allowed by the Local Rules would be in the interest of justice.

3. The parties further agreed to request extension of the Court's initial scheduling dates. Good cause exists for this request, because the parties' Rule 26(f) conference will be more productive after receiving a decision on any motion response to the Complaint, and the parties hereby stipulate to the following:

4. The parties propose the following deadlines:

- Defendants will respond to Plaintiffs' complaint no later than July 10, 2024.

STIPULATED MOTION AND ORDER
EXTENDING DEADLINES
NO. 2:24-cv-00677-KKE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
P.O. Box 40111
Olympia. WA 98504-0111
(360) 709-6470

- Plaintiffs will respond to any motion to dismiss no later than August 16, 2024.
- Plaintiffs may amend their complaint as a matter of course under Rule 15(a), on or before August 16, 2024.
- Defendants will file any reply in support of a motion to dismiss no later than August 30, 2024.

5. The parties propose the following schedule for initial scheduling dates:

- Deadline for Rule 26(f) Conference: 14 days after this Court enters an order on a motion to dismiss, or, if no motion is filed, 14 days after Defendants answer.
- Deadline for initial disclosures pursuant to Rule 26(a)(1): 24 days after this Court enters an order on a motion to dismiss, or, if no motion is filed, 24 days after Defendants answer.
- Deadline for Combined Joint Status Report and Discovery Plan as Required by Rule 26(f) and Local Civil Rule 26(f): 30 days after this Court enters an order on a motion to dismiss, or, if no motion is filed, 30 days after Defendants answer.

6. The parties preserve their ability to amend the schedule as of right, pursuant to the Federal Rules of Civil Procedure and the Local Rules. The parties commit to meet and confer about reasonable revisions to the schedule, should that occur.

DATED this 11th day of June 2024.

ROBERT W. FERGUSON
Attorney General

*/s/ William McGinty*
R. JULY SIMPSON, WSBA #45869
WILLIAM MCGINTY, WSBA #41868
SARAH E. SMITH-LEVY, WSBA #55770
DIERK MEIERBACHTOL, WSBA #31010

STIPULATED MOTION AND ORDER EXTENDING DEADLINES
NO. 2:24-cv-00677-KKE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
P.O. Box 40111
Olympia. WA 98504-0111
(360) 709-6470

| | |
|---|---|
| 1 | Assistant Attorneys General |
| | EMMA GRUNBERG, WSBA #54659 |
| 2 | Deputy Solicitor General |
| | July.Simpson@atg.wa.gov |
| 3 | William.McGinty@atg.wa.gov |
| | Sarah.E.Smith-Levy@atg.wa.gov |
| 4 | Dierk.Meierbachtol@atg.wa.gov |
| | Emma.Grunberg@atg.wa.gov |
| 5 | *Attorneys for Defendants* |
| 6 | Approved as to Form: |
| 7 | LANE POWELL PC |
| 8 | |
| 9 | */s/ Devon J. McCurdy* |
| | CALLIE A. CASTILLO, WSBA #38214 |
| | DEVON J. MCCURDY, WSBA #52663 |
| 10 | 140 Fifth Ave., Ste. 4200 |
| | P.O. Box 91302 |
| 11 | Seattle, WA 98111-9402 |
| | (206) 223-714 |
| 12 | Castilloc@lanepowell.com |
| | Mccurdyd@lanepowell.com |
| 13 | *Attorney for Plaintiffs* |
| 14 | |
| 15 | SNELL & WILMER LLP |
| 16 | */s/ Clifford S. Davidson* |
| | AMIT D. RANADE, WSBA #34878 |
| 17 | CLIFFORD S. DAVIDSON, WSBA #48313 |
| | MALLORY L. SATRE, WSBA #50194 |
| 18 | 600 University St., Ste. 310 |
| | Seattle, WA 98101 |
| 19 | (206) 741-1402 |
| | Aranade@swlaw.com |
| 20 | Cdavidson@swlaw.com |
| | Msatre@swlaw.com |
| 21 | |
| 22 | BAKER BOTTS LLP |
| 23 | |
| | Megan H. Berge (DC Bar No. 983714) (*pro hac* |
| 24 | *vice application pending*) |
| | Scott Novak (DC Bar No. 1736274) (*pro hac* |
| 25 | *application pending*) |
| | 700 K Street NW |
| 26 | Washington, D.C. 20001 |

STIPULATED MOTION AND ORDER EXTENDING DEADLINES
NO. 2:24-cv-00677-KKE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
P.O. Box 40111
Olympia. WA 98504-0111
(360) 709-6470

1  
2   Telephone: 202.639.1308  
    megan.berge@bakerbotts.com  
    scott.novak@bakerbotts.com  
3  
    *Attorneys for Plaintiffs Avista Corporation,*  
4   *Cascade Natural Gas Corporation, &*  
    *Northwest Natural Gas Company*  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  

STIPULATED MOTION AND ORDER  
EXTENDING DEADLINES  
NO. 2:24-cv-00677-KKE

4

ATTORNEY GENERAL OF WASHINGTON  
Complex Litigation Division  
7141 Cleanwater Dr SW  
P.O. Box 40111  
Olympia. WA 98504-0111  
(360) 709-6470

**ORDER**

The parties' stipulated motion (Dkt. No. 30) is GRANTED. Defendants' deadline to respond to Plaintiffs' complaint is July 10, 2024. Plaintiffs' deadline to either respond to any motion to dismiss or amend their complaint as a matter of course under Federal Rule of Civil Procedure 15(a) is August 16, 2024. Defendants' deadline to file a reply brief in support of a motion to dismiss is August 30, 2024.

The Court also VACATES the prior order setting early case deadlines. *See* Dkt. No. 23. The parties' deadline for the Rule 26(f) conference is now either 14 days after the Court resolves any motion to dismiss, or if no such motion is filed, 14 days after Defendants file an answer. The parties' deadline for initial disclosures under Rule 26(a)(1) is 24 days after the Court resolves any motion to dismiss, or if no such motion is filed, 24 days after Defendants file an answer. The parties' deadline for filing a combined joint status report and discovery plan under Rule 26(f) and Local Civil Rule 26(f) is 30 days after the Court resolves any motion to dismiss, or if no such motion is filed, 30 days after Defendants file an answer.

DATED this 11th day of June, 2024.

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER
EXTENDING DEADLINES
NO. 2:24-cv-00677-KKE

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
P.O. Box 40111
Olympia. WA 98504-0111
(360) 709-6470