THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMON RIVIERA; CURTIS BANTA; YONKMAN CONSTRUCTION, INC.; PARAS HOMES, LLC; CONDRON HOMES, LLC; GARCO CONSTRUCTION, INC.; ARLINGTON 360, LLC; HUSEBY HOMES, INC.; SPOKANE HOME BUILDERS ASSOCIATION; WASHINGTON STATE ASSOCIATION OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS; LOCAL 32 OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS; WASHINGTON AND NORTHERN IDAHO DISTRICT COUNCIL OF LABORERS; CITIZEN ACTION DEFENSE FUND; NATIONAL PROPANE GAS ASSOCIATION; AVISTA CORPORATION; CASCADE NATURAL GAS CORPORATION; and NORTHWEST NATURAL GAS COMPANY, <br><br>　　　　　　　　Plaintiffs, <br><br>　v. <br><br>KJELL ANDERSON, JAY ARNOLD, TODD BEYREUTHER, JUSTIN BOURGAULT, DAIMON DOYLE, TOM HANDY, ANGELA HAUPT, ROGER HEERINGA, MATTHEW HEPNER, CRAIG HOLT, TYE MENSER, BENJAMIN OMURA, PETER RIEKE, KATY SHEEHAN, in their official capacities as Washington State Building Code Council Members; and BOB FERGUSON, in his official capacity as Attorney General of Washington, <br><br>　　　　　　　　Defendants. | Case No.  2:24-cv-00677-KKE <br><br>**PLAINTIFFS' RESPONSE TO PROPOSED INTERVENORS' MOTION TO INTERVENE** |

PLAINTIFFS' RESPONSE TO PROPOSED
INTERVENORS' MOTION TO INTERVENE - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132285.0009/9799223.1

The intervention motion states that "[p]laintiffs take no position on the relief requested in this motion." Dkt. 34 at 2. Plaintiffs respond to confirm this statement.

Plaintiffs also respond to clarify procedural history in the U.S. District Court for the Eastern District of Washington. *Id.* at 4. It is true that certain plaintiffs challenged the Energy Code there, that the court denied a motion for a preliminary injunction, and that plaintiffs in that case subsequently dismissed their claims. *Id.* Proposed intervenors take from this that plaintiffs here filed in this court "[e]vidently hoping for a different result." *Id.*

This speculation ignores that when the Eastern District of Washington court heard the preliminary injunction motion "the state rules in question ha[d] been suspended, pending review and possible revisions" by the State Building Code Council in light of the Ninth Circuit's opinion in *California Restaurant Association v. City of Berkeley*, 65 F.4th 1045 (9th Cir. 2023). *Riviera v. Wash. State Bldg. Code Council*, No. 1:23-cv-03070-SAB, Dkt. 74 at 43:10–11 (E.D. Wash. July 19, 2023). The Council's withdrawal of the challenged Energy Code presented "a real question in [the Eastern District of Washington] [c]ourt's mind whether [that] case involve[d] a legitimate case or controversy." *Id.* at 75:2–4.

The Council since promulgated a revised Energy Code. *See* WSR 24-03-084; WSR 24-03-085. Plaintiffs in this case include numerous residents of this district, *see* Dkt. 1 ¶¶ 12, 17, 18, 26, and this is where the State Building Code Council resides, *see id.* ¶ 10, 34. The revised Energy Code is in effect, and there is a live controversy. The result here should indeed differ.

PLAINTIFFS' RESPONSE TO PROPOSED
INTERVENORS' MOTION TO INTERVENE - 2

132285.0009/9799223.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

DATED: June 28, 2024

LANE POWELL PC

By:  *s/ Devon McCurdy*
Callie A. Castillo, WSBA No. 38214
Devon J. McCurdy, WSBA No. 52663
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone:  206.223.7000
castilloc@lanepowell.com
mccurdyd@lanepowell.com

*Counsel for the Homeowners, Builders, and Suppliers, and Unions*

I certify that this memorandum contains 271 words, in compliance with the local Civil Rules.

PLAINTIFFS' RESPONSE TO PROPOSED
INTERVENORS' MOTION TO INTERVENE - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132285.0009/9799223.1

SNELL & WILMER L.L.P.

By:   *s/ Clifford S. Davidson*
  Clifford S. Davidson, WSBA No. 48313
  Amit D. Ranade, WSBA No. 34878
  Mallory L. B. Satre, WSBA No. 50194
  600 University Street, Suite 310
  Seattle, WA  98101
  Tel: 206.741.1420
  csdavidson@swlaw.com
  aranade@swlaw.com
  msatre@swlaw.com

BAKER BOTTS L.L.P.

  Megan H. Berge, *admitted pro hac vice*
  Scott Novak, *admitted pro hac vice*
  700 K Street NW
  Washington, D.C. 20001
  202-639-1308
  megan.berge@bakerbotts.com
  scott.novak@bakerbotts.com

*Counsel for the Utlities*

PLAINTIFFS' RESPONSE TO PROPOSED
INTERVENORS' MOTION TO INTERVENE - 4

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132285.0009/9799223.1