THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMON RIVIERA; CURTIS BANTA; YONKMAN CONSTRUCTION, INC.; PARAS HOMES, LLC; CONDRON HOMES, LLC; GARCO CONSTRUCTION, INC.; ARLINGTON 360, LLC; HUSEBY HOMES, INC.; SPOKANE HOME BUILDERS ASSOCIATION; WASHINGTON STATE ASSOCIATION OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS; LOCAL 32 OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS; WASHINGTON AND NORTHERN IDAHO DISTRICT COUNCIL OF LABORERS; CITIZEN ACTION DEFENSE FUND; NATIONAL PROPANE GAS ASSOCIATION; AVISTA CORPORATION; CASCADE NATURAL GAS CORPORATION; and NORTHWEST NATURAL GAS COMPANY,<br><br>                              Plaintiffs,<br><br>   v.<br><br>KJELL ANDERSON, JAY ARNOLD, TODD BEYREUTHER, JUSTIN BOURGAULT, DAIMON DOYLE, TOM HANDY, ANGELA HAUPT, ROGER HEERINGA, MATTHEW HEPNER, CRAIG HOLT, TYE MENSER, BENJAMIN OMURA, PETER RIEKE, KATY SHEEHAN, in their official capacities as Washington State Building Code Council Members; and BOB FERGUSON, in his official capacity as Attorney General of Washington,<br><br>                              Defendants. | Case No. 2:24-cv-00677-KKE<br><br>**JOINT MOTION TO MODIFY BRIEFING SCHEDULE AND DATE TO AMEND THE COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:**<br>**July 30, 2024** |

JOINT MOTION TO MODIFY BRIEFING SCHEDULE AND DATE TO AMEND THE COMPLAINT - 1

132285.0009/9829521.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

The parties jointly request to modify the briefing schedule on Defendants' Motion to Dismiss, Dkt. 42, as well as Plaintiffs' deadline to amend the complaint as a matter of course under Rule 15(a)(1). The parties previously stipulated to a schedule, and the Court entered an order on the stipulation. Dkt. 31. The stipulation contemplated that a further schedule change may be necessary. Given the arguments made in Defendants' Motion, Plaintiffs anticipate needing additional time to respond. Defendants do not oppose Plaintiffs' request. Accordingly, the parties request that the Court modify the briefing schedule and set the following dates:

| | |
|---|---|
| Deadline to respond to Defendants' Motion to Dismiss: | August 30, 2024 |
| Deadline to amend the complaint as a matter of course: | August 30, 2024 |
| Deadline to reply in support of Defendants' Motion to Dismiss: | September 13, 2024 |

The Local Rules permit the parties to adjust noting dates for motions. *See* LCR 7(*l*). To the extent that good cause is required under Rule 16(b)(4), the parties respectfully state that the changed dates will permit the issues to be fully briefed. The amended briefing schedule will also align the date to amend the complaint as a matter of course under Rule 15(a)(1)(B) with the deadline for the response brief, in accordance with the Local Civil Rules. *Compare* Fed. R. Civ. P. 15(a)(1)(B) (setting the deadline to amend as a matter of course as 21 days after service of a motion under Rule 12(b)), *with* LCR 7(d)(4) (setting the deadline to oppose a motion to dismiss as 21 days after the filing date of the motion).

JOINT MOTION TO MODIFY BRIEFING
SCHEDULE AND DATE TO AMEND THE
COMPLAINT - 2

132285.0009/9829521.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

DATED: July 30, 2024

                                LANE POWELL PC

By:   *s/ Devon J. McCurdy*
       Callie A. Castillo, WSBA No. 38214
       Devon J. McCurdy, WSBA No. 52663
       1420 Fifth Avenue, Suite 4200
       P.O. Box 91302
       Seattle, Washington 98111-9402
       (206) 223-7000
       castilloc@lanepowell.com
       mccurdyd@lanepowell.com

*Attorneys for the Homeowners, Builders, and Suppliers, and Unions*

SNELL & WILMER L.L.P.

By:   *s/ Clifford S. Davidson*
       Clifford S. Davidson, WSBA No. 48313
       Amit D. Ranade, WSBA No. 34878
       Mallory L. B. Satre, WSBA No. 50194
       SNELL & WILMER L.L.P.
       600 University Street, Suite 310
       Seattle, WA 98101
       (206) 741-1402
       csdavidson@swlaw.com
       aranade@swlaw.com
       msatre@swlaw.com

BAKER BOTTS L.L.P.

       Megan H. Berge, *admitted pro hac vice*
       Scott Novak, *admitted pro hac vice*
       700 K Street NW
       Washington, D.C. 20001
       (202) 639-1308
       megan.berge@bakerbotts.com
       scott.novak@bakerbotts.com

*Attorneys for the Utilities*

---

JOINT MOTION TO MODIFY BRIEFING SCHEDULE AND DATE TO AMEND THE COMPLAINT - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132285.0009/9829521.1

WASHINGTON ATTORNEY GENERAL'S OFFICE

By: *s/ Sarah E. Smith-Levy*
Dierk Meierbachtol, WSBA No. 31010
Emma Grunberg, WSBA No. 54659
William McGinty, WSBA No. 41868
R. July Simpson, WSBA No. 45869
Sarah E. Smith-Levy, WSBA No. 55770
7141 Cleanwater Drive SW
P.O. Box 40111
Olympia, WA 98504-0111
(360) 709-6470
Dierk.Meierbachtol@atg.wa.gov
William.McGinty@atg.wa.gov
July.Simpson@atg.wa.gov
Emma.Grunberg@atg.wa.gov
Sarah.E.Smith-Levy@atg.wa.gov

*Attorneys for Defendants*

EARTHJUSTICE

By: *s/ Jan E. Hasselman*
Jan E. Hasselman, WSBA No. 29107
Noellia Gravotta, WSBA No. 60089
810 3rd Ave., Suite 610
Seattle, WA 98104
(206) 343-7340
jhasserlman@earthjustice.org
ngravotta@earthjustice.org

*Attorneys for Intervenors Climate Solutions, The Lands Council, Sierra Club, and Washington Physicians for Social Responsibility*

JOINT MOTION TO MODIFY BRIEFING SCHEDULE AND DATE TO AMEND THE COMPLAINT - 4

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132285.0009/9829521.1