THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMON RIVIERA; CURTIS BANTA; YONKMAN CONSTRUCTION, INC.; PARAS HOMES, LLC; CONDRON HOMES, LLC; GARCO CONSTRUCTION, INC.; ARLINGTON 360, LLC; HUSEBY HOMES, INC.; SPOKANE HOME BUILDERS ASSOCIATION; WASHINGTON STATE ASSOCIATION OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS; LOCAL 32 OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS; WASHINGTON AND NORTHERN IDAHO DISTRICT COUNCIL OF LABORERS; CITIZEN ACTION DEFENSE FUND; NATIONAL PROPANE GAS ASSOCIATION; AVISTA CORPORATION; CASCADE NATURAL GAS CORPORATION; and NORTHWEST NATURAL GAS COMPANY, <br><br>　　　　　　　　　　　Plaintiffs, <br><br>　　v. <br><br>KJELL ANDERSON, JAY ARNOLD, TODD BEYREUTHER, JUSTIN BOURGAULT, DAIMON DOYLE, TOM HANDY, ANGELA HAUPT, ROGER HEERINGA, MATTHEW HEPNER, CRAIG HOLT, TYE MENSER, BENJAMIN OMURA, PETER RIEKE, KATY SHEEHAN, in their official capacities as Washington State Building Code Council Members; and BOB FERGUSON, in his official capacity as Attorney General of Washington, <br><br>　　　　　　　　　　　Defendants. | Case No.  2:24-cv-00677-KKE <br><br>**ORDER GRANTING JOINT MOTION TO MODIFY BRIEFING SCHEDULE AND DATE TO AMEND THE COMPLAINT** |

ORDER GRANTING JOINT MOTION TO MODIFY
BRIEFING SCHEDULE AND DATE TO AMEND
THE COMPLAINT - 1

132285.0009/9824842.1

Before the Court is the parties' joint motion to modify briefing schedule and date to amend the complaint. Dkt. No. 45. The Court GRANTS the parties' motion (Dkt. No. 45), and sets the following deadlines:

| | |
|---|---|
| Deadline to respond to Defendants' Motion to Dismiss | August 30, 2024 |
| Deadline to amend the complaint as a matter of course | August 30, 2024 |
| Deadline to reply in support of Defendants' Motion to Dismiss | September 13, 2024 |

The clerk is directed to RE-NOTE Defendants' motion to dismiss (Dkt. No. 42) for September 13, 2024.

DATED   July 30, 2024.

Kymberly K. Evanson
United States District Judge