# EXHIBIT 2

# Declaration of Ted R. McCammant

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JAMON RIVERA; CURTIS BANTA; YONKMAN CONSTRUCTION, INC.; PARAS HOMES, LLC; CONDRON HOMES, LLC; GARCO CONSTRUCTION, INC.; ARLINGTON 360, LLC; HUSEBY HOMES, INC.; SPOKANE HOME BUILDERS ASSOCIATION; WASHINGTON STATE ASSOCIATION OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS; LOCAL 32 OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS; WASHINGTON AND NORTHERN IDAHO DISTRICT COUNCIL OF LABORERS; CITIZEN ACTION DEFENSE FUND; NATIONAL PROPANE GAS ASSOCIATION; AVISTA CORPORATION; CASCADE NATURAL GAS CORPORATION; and NORTHWEST NATURAL GAS COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>KJELL ANDERSON, JAY ARNOLD, TODD BEYREUTHER, JUSTIN BOURGAULT, DAIMON DOYLE, TOM HANDY, ANGELA HAUPT, ROGER HEERINGA, MATTHEW HEPNER, CRAIG HOLT, TYE MENSER, BENJAMIN OMURA, PETER RIEKE, KATY SHEEHAN, in their official capacities as Washington State Building Code Council Members; and BOB FERGUSON, in his official capacity as Attorney General of Washington,<br><br>Defendants. | CASE NO. 2:24-cv-00677-KKE<br><br>**DECLARATION OF TED R. MCCAMMANT** |

DECLARATION OF TED R. MCCAMMANT

## Declaration of Ted R. McCammant

1. I am the Manager, Energy Services at Cascade Natural Gas Corporation.

2. I have personal knowledge of the facts set out below, and I am competent to testify herein.

3. Cascade Natural Gas Corporation engages in the business of distribution of natural gas for residential, commercial, and industrial customers. My duties involve managing a department of energy service representatives to facilitate the extension of infrastructure to provide service to residential, commercial, and light industrial customers. I also have direct communication with customers and potential customers regarding the extension of natural gas to homes and businesses.

4. Sections C403.1.1, C403.1.4, C404.2.1, Table C407.2, C502.2.4, C502.2.5, C503.4.6, C503.5, R403.5.7, R403.13, Table R405.2(1), R503.1.2, R503.1.3, R502.3.2, and R502.3.3 ("Appliance Restrictions") of the Washington State Energy Code ban in many instances gas space and water heating appliances in residential and commercial buildings.

5. After the introduction of the Appliance Restrictions, Cascade Natural Gas Corporation received direct feedback from customers that they are specifically not signing extension agreements with Cascade Natural Gas Corporation due to the effects of the Appliance Restrictions. I have personally had communications with people who have said they would want gas service from Cascade Natural Gas Corporation if not for the Appliance Restrictions.

6. The loss of new customers meaningfully harms Cascade because customer growth is a crucial component of the utility business model. Each year, we make significant and necessary investments in our system to ensure safety, reliability, and resiliency. Customer growth helps to ensure that those costs can be spread over a growing customer base and helps to keep costs for all our customers more affordable. By capping a portion of Cascade Natural Gas Corporation's

DECLARATION OF TED R. MCCAMMANT

growth, the Appliance Restrictions impede our ability to spread the cost of new investment in maintaining the gas system. That may result in increased rates for existing customers, who would no longer benefit from spreading these costs over an increasing customer base.

7. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on August 29, 2024

*[signature]*

Ted R. McCammant
Manager, Energy Services
Cascade Natural Gas Corporation

DECLARATION OF TED R. MCCAMMANT