# EXHIBIT 3
# Declaration of John Frankel

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMON RIVERA; CURTIS BANTA; YONKMAN CONSTRUCTION, INC.; PARAS HOMES, LLC; CONDRON HOMES, LLC; GARCO CONSTRUCTION, INC.; ARLINGTON 360, LLC; HUSEBY HOMES, INC.; SPOKANE HOME BUILDERS ASSOCIATION; WASHINGTON STATE ASSOCIATION OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS; LOCAL 32 OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS; WASHINGTON AND NORTHERN IDAHO DISTRICT COUNCIL OF LABORERS; CITIZEN ACTION DEFENSE FUND; NATIONAL PROPANE GAS ASSOCIATION; AVISTA CORPORATION; CASCADE NATURAL GAS CORPORATION; and NORTHWEST NATURAL GAS COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>KJELL ANDERSON, JAY ARNOLD, TODD BEYREUTHER, JUSTIN BOURGAULT, DAIMON DOYLE, TOM HANDY, ANGELA HAUPT, ROGER HEERINGA, MATTHEW HEPNER, CRAIG HOLT, TYE MENSER, BENJAMIN OMURA, PETER RIEKE, KATY SHEEHAN, in their official capacities as Washington State Building Code Council Members; and BOB FERGUSON, in his official capacity as Attorney General of Washington,<br><br>Defendants. | CASE NO. 2:24-cv-00677-KKE<br><br>**DECLARATION OF JOHN FRANKEL** |

**Declaration of John Frankel**

1. I am the Marketing Director for Northwest Natural Gas Company ("NW Natural").

2. I have personal knowledge of the facts set out below, and I am competent to testify herein.

3. Sections C403.1.1, C403.1.4, C404.2.1, Table C407.2, C502.2.4, C502.2.5, C503.4.6, C503.5, R403.5.7, R403.13, Table R405.2(1), R503.1.2, R503.1.3, R502.3.2, and R502.3.3 ("Appliance Restrictions") of the Washington State Energy Code ban in many instances gas space and water heating appliances in residential and commercial buildings.

4. My duties involve overseeing the preparation of Meter Set forecasts annually for NW Natural, with the help of my team. Meter Set forecasts are revised and updated periodically during the year to reflect changes in market conditions and are used to inform NW Natural's annual capital expenditure plans, which includes system investments. In preparing the forecasts, we evaluate the effects of regulatory developments like the Appliance Restrictions. Based on my work in this role, I am aware that NW Natural already has lost would-be customers as a result of the Appliance Restrictions and that the Appliance Restrictions are forecasted to erode NW Natural's customer base through the permanent loss of new residential and commercial customers. In addition to harming NW Natural's financial stability, these losses harm our customers. Each year, we make significant and necessary investments in our system to ensure safety, reliability, and resiliency. Customer growth helps to ensure that those costs are spread over a growing customer base, which helps keep costs for all of our customers at an affordable level.

5. In October 2023 (in anticipation of the November State Building Code Council vote to approve the proposed building energy code), we updated our residential Meter Set forecast to reflect the Appliance Restrictions. The revised forecast reflected a reduction by 50% of new residential gas meters that NW Natural expects to install in Washington each year over the next

eight years (2024 through 2031). The total forecasted lost metered customers for this period was 7,200, or 900 customers per year.

6. During the period of late 2023 through the present, NW Natural has had communications with tradespeople who have said they would want gas service if not for the Appliance Restrictions. Although there are a variety of considerations that builders and developers weigh in deciding fuel choice for a project, the Appliance Restrictions in the Washington State Energy Code were cited as important. Even prior to the November 28, 2023 vote to approve of the Energy Code, builders and developers were discussing their concerns about the potential Appliance Restrictions as they assessed the financial risk associated with developing gas projects that might be subject to the Appliance Restrictions.

7. Builders and developers have reacted to the Appliance Restrictions, especially as the media has communicated the severity of the code rules. On November 29, 2023, a Seattle Times media story accurately indicated the impacts with a headline noting that "WA adopts new rules to phase out fossil fuels in new construction." Builders who saw this and other media coverage learned that "It will soon become nearly impossible to install fossil-fuel appliances to heat homes and businesses in Washington." Further, the Seattle Times media story noted that the codes would "make it more cumbersome and expensive for builders to meet energy efficiency targets without installing heat pumps." Builders and developers have reacted to this messaging as the new reality in the construction trade and have pivoted to all-electric designs that restrict consumer choice.

8. In 2023 and through mid-year 2024, 46 housing subdivision projects totaling 1,493 homes declined to include natural gas service due to the building code issues. Homebuilders for those projects include Songbird Homes, Aho Construction, Lennar, LGI Homes, Holt Homes, Sun

DECLARATION OF JOHN FRANKEL

1 Country and Evergreen Homes. Previously, these homebuilders largely built gas homes in the
2 market.

3     9.   Relative to the commercial buildings Meter Set forecast developed in October 2023, we
4 also reduced the number of new commercial gas meters that NW Natural expects to install in
5 Washington by 50% each year over the next eight years. This translates into the loss of 100
6 customers a year, or 800 commercial customers over this 8-year period, as a result of the Appliance
7 Restrictions.

8     10. I declare, under penalty of perjury, that the foregoing is true and correct.

9                                          Executed on August 29, 2024

*/s/ John Frankel*

John Frankel
Director of Marketing
NW Natural

DECLARATION OF JOHN FRANKEL