# EXHIBIT 4

# Declaration of Nelson Holmberg

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JAMON RIVERA; CURTIS BANTA; YONKMAN CONSTRUCTION, INC.; PARAS HOMES, LLC; CONDRON HOMES, LLC; GARCO CONSTRUCTION, INC.; ARLINGTON 360, LLC; HUSEBY HOMES, INC.; SPOKANE HOME BUILDERS ASSOCIATION; WASHINGTON STATE ASSOCIATION OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS; LOCAL 32 OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS; WASHINGTON AND NORTHERN IDAHO DISTRICT COUNCIL OF LABORERS; CITIZEN ACTION DEFENSE FUND; NATIONAL PROPANE GAS ASSOCIATION; AVISTA CORPORATION; CASCADE NATURAL GAS CORPORATION; and NORTHWEST NATURAL GAS COMPANY,<br><br>      Plaintiffs,<br><br> v.<br><br>KJELL ANDERSON, JAY ARNOLD, TODD BEYREUTHER, JUSTIN BOURGAULT, DAIMON DOYLE, TOM HANDY, ANGELA HAUPT, ROGER HEERINGA, MATTHEW HEPNER, CRAIG HOLT, TYE MENSER, BENJAMIN OMURA, PETER RIEKE, KATY SHEEHAN, in their official capacities as Washington State Building Code Council Members; and BOB FERGUSON, in his official capacity as Attorney General of Washington,<br><br>      Defendants. | CASE NO. 2:24-cv-00677-KKE<br><br>**DECLARATION OF NELSON HOLMBERG** |

**Declaration of Nelson Holmberg**

1. I am the Northwest Natural Gas Company ("NW Natural") Community Affairs & Customer Acquisition Manager for Clark County.

2. I have personal knowledge of the facts set out below, and I am competent to testify herein.

3. Westlake Development Group, LLC builds custom homes within NW Natural's gas service territory.

4. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on August 29, 2024

Signed by:

*Nelson Holmberg*
7D9DCC02A1184ED...

Nelson Holmberg
Community Affairs & Customer Acquisition Manager
NW Natural

DECLARATION OF NELSON HOLMBERG