# EXHIBIT 5
# Declaration of Gerald L. Rowlett

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JAMON RIVERA; CURTIS BANTA; YONKMAN CONSTRUCTION, INC.; PARAS HOMES, LLC; CONDRON HOMES, LLC; GARCO CONSTRUCTION, INC.; ARLINGTON 360, LLC; HUSEBY HOMES, INC.; SPOKANE HOME BUILDERS ASSOCIATION; WASHINGTON STATE ASSOCIATION OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS; LOCAL 32 OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS; WASHINGTON AND NORTHERN IDAHO DISTRICT COUNCIL OF LABORERS; CITIZEN ACTION DEFENSE FUND; NATIONAL PROPANE GAS ASSOCIATION; AVISTA CORPORATION; CASCADE NATURAL GAS CORPORATION; and NORTHWEST NATURAL GAS COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> KJELL ANDERSON, JAY ARNOLD, TODD BEYREUTHER, JUSTIN BOURGAULT, DAIMON DOYLE, TOM HANDY, ANGELA HAUPT, ROGER HEERINGA, MATTHEW HEPNER, CRAIG HOLT, TYE MENSER, BENJAMIN OMURA, PETER RIEKE, KATY SHEEHAN, in their official capacities as Washington State Building Code Council Members; and BOB FERGUSON, in his official capacity as Attorney General of Washington, <br><br> Defendants. | CASE NO. 2:24-cv-00677-KKE <br><br> **DECLARATION OF GERALD L. ROWLETT** |

## Declaration of Gerald L. Rowlett

1. I am the owner of Westlake Development Group, LLC ("Westlake").

2. I have personal knowledge of the facts set out below, and I am competent to testify herein.

3. Westlake does custom home building. My duties involve building custom homes with selections that our clients request.

4. Sections C403.1.1, C403.1.4, C404.2.1, Table C407.2, C502.2.4, C502.2.5, C503.4.6, C503.5, R403.5.7, R403.13, Table R405.2(1), R503.1.2, R503.1.3, R502.3.2, and R502.3.3 ("Appliance Restrictions") of the Washington State Energy Code ban in many instances gas space and water heating appliances in residential and commercial buildings.

5. Our clients request appliances that are very respective of the product that we are building as a luxury home builder. This includes commercial style gas ranges, on-demand gas water heaters, home heating, fireplaces, gas clothes dryer's, and natural gas barbecues to name a few. Westlake has been unable to meet these demands as a result of the Appliance Restrictions. It leaves our clients feeling like they have compromised in product and quality. In more than one category of appliances, Westlake has witnessed the under-performance of the alternative electric products compared to the gas appliances that our clients have been accustomed to. But for the Appliance Restrictions, we feel our company could be building more homes in the Washington market, but are restricted and unable to fulfill client requests.

6. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on August 27, 2024

*/s/ Gerald L. Rowlett*

Gerald L. Rowlett

DECLARATION OF GERALD L. ROWLETT

Owner
Westlake Development Group, LLC

DECLARATION OF GERALD L. ROWLETT