# EXHIBIT 6
# Declaration of Mindy Brooks

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRIC OF WASHINGTON**

| | |
|---|---|
| JAMON RIVIERA; CURTIS BANTA; YONKMAN CONSTRUCTION, INC.; PARAS HOMES, LLC; CONDRON HOMES, LLC; GARCO CONSTRUCTION, INC.; ARLINGTON 360, LLC; HUSEBY HOMES, INC.; SPOKANE HOME BUILDERS ASSOCIATION; WASHINGTON STATE ASSOCIATION OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS; LOCAL 32 OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS; WASHINGTON AND NORTHERN IDAHO DISTRICT COUNCIL OF LABORERS; CITIZEN | Case No. 23-2-04166-34<br><br>**DECLARATION OF MINDY BROOKS** |

DECLARATION OF MINDY BROOKS       1

LEWIS COUNTY
PROSECUTING ATTORNEY
345 W. Main Street, 2nd Floor
Chehalis, WA 98532
360-740-1240 (Voice)  360-740-1497 (Fax)

| | |
|---|---|
| 1 | |
| 2 | ACTION DEFENSE FUND; NATIONAL PROPANE GAS ASSOCIATION; AVISTA CORPORATION; CASCADE NATURAL GAS CORPORATION; and NORTHWEST NATURAL GAS COMPANY, |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Plaintiffs, |
| 9 | v. |
| 10 | |
| 11 | KJELL ANDERSON, JAY ARNOLD, TODD BEYREUTHER, JUSTIN BOURGAULT, DAIMON DOYLE, TOM HANDY, ANGELA HAUPT, ROGER HEERINGA, MATTHEW HEPNER, CRAIG HOLT, TYE MENSER, BENJAMIN OMURA, PETER RIEKE, KATY SHEEHAN, in their official capacities as Washington State Building Code Council Members; and BOB FERGUSON, in his official capacity as Attorney General of Washington, |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | Defendants. |
| 23 | |
| 24 | |
| 25 | |
| 26 | DECLARATION OF MINDY BROOKS       2 |

1. I am the Director of Lewis County Community Development located in Lewis County, Washington. My duties involve implementing County policies and Codes while ensuring compliance with applicable Codes, RCWs, and WACs.

2. I have personal knowledge of the facts set out below, and I am competent to testify herein.

3. Sections C403.1.4, C404.2.1, Table C407.2, C502.2.4, C502.2.5, C503.4.6, C503.5, R403.5.7, R403.13, Table R405.2(1), R503.1.2, R503.1.3, R502.3.2, and R502.3.3 ("Appliance Restrictions") of the Washington State Energy Code ban gas space and water heating appliances in various applications, both residential and commercial.

4. Lewis County is prohibited from deviating from the Appliance Restrictions of the Washington State Energy Code in order to avoid the consequences stated above. Such deviation from these requirements would expose Lewis County to legal action by the state.

5. RCW 19.27.050 mandates that counties, like Lewis County, and cities enforce the state building code, which includes the Appliance Restrictions. As a result, by adopting the Appliance Restrictions, the Washington State Building Code Council

has mandated Lewis County to enforce the Appliance Restrictions regardless if the County would have adopted differing standards. Lewis County officials have no discretion to disregard this directive and would be in violation if they did.

6. Lewis County would not have enacted heavy restrictions put in place by the State of Washington, yet we are required/forced to enforce the restrictions against those choosing to live and/or do business within the boundaries of Lewis County, Washington.

7. If Lewis County were provided the opportunity to "option out" of these restrictions, it is highly likely we would have done so.

8. In Lewis County we value efficient and expedient review of permits, including building permits and inspections.  This is especially important since the passage of Senate Bill 5290, which is intended to ensure quick permitting for new housing.

9.  Since Lewis County was required to implement the new state Energy Code, we have seen a more than doubling in the number of customer phone calls seeking explanations from our building officials about how to comply with the new

DECLARATION OF MINDY BROOKS             4

requirements. The number of phone calls has not decreased over the past few months.

10. These phone calls take time away from staff processing permits and conducting inspections.

11. In addition, our staff have had to attend training on the new state Energy Code, at our expense, to be able to enforce the new requirements. Every day spent in training is a day lost reviewing permits and conducting building inspections.

12. Forcing Lewis County to defend the Appliance Restrictions in litigation would significantly burden the County and drain its limited resources—even though Lewis County did not develop and promulgate the Appliance Restrictions and does not have the authority to implement its own less restrictive code.

13. I declare, under penalty of perjury, that the foregoing is true and correct.

Signed this __1__ day of August, 2024.

_/s/ Mindy E. Brooks_
MINDY BROOKS
Lewis County Community Development Director