# EXHIBIT 7
# Declaration of Jordan Neal

| | |
|---|---|
| 1 | BAKER BOTTS L.L.P. |
| | Megan H. Berge (DC Bar No. 983714) (*pro hac vice admission pending*) |
| 2 | Scott Novak (DC Bar No. 1736274) (*pro hac vice admission pending*) |
| | 700 K Street NW |
| 3 | Washington, D.C. 20001 |
| | 202-639-1308 |
| 4 | megan.berge@bakerbotts.com |
| | scott.novak@bakerbotts.com |
| 5 | |
| | *Counsel for the Utilities* |
| 6 | |

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | | |
|---|---|---|
| 9 | JAMON RIVIERA; CURTIS BANTA; YONKMAN CONSTRUCTION, INC.; PARAS HOMES, LLC; CONDRON HOMES, LLC; GARCO CONSTRUCTION, INC.; ARLINGTON 360, LLC; HUSEBY HOMES, INC.; SPOKANE HOME BUILDERS ASSOCIATION; WASHINGTON STATE ASSOCIATION OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS; LOCAL 32 OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS; WASHINGTON AND NORTHERN IDAHO DISTRICT COUNCIL OF LABORERS; CITIZEN ACTION DEFENSE FUND; NATIONAL PROPANE GAS ASSOCIATION; AVISTA CORPORATION; CASCADE NATURAL GAS CORPORATION; and NORTHWEST NATURAL GAS | CASE NO. 2:24-cv-00677-KKE

**DECLARATION OF JORDAN NEAL** |

DECLARATION OF JORDAN NEAL

| | |
|---|---|
| 1 | COMPANY, |
| 2 | Plaintiffs, |
| 3 | v. |
| 4 | KJELL ANDERSON, JAY ARNOLD, TODD BEYREUTHER, JUSTIN BOURGAULT, DAIMON DOYLE, TOM HANDY, ANGELA HAUPT, ROGER HEERINGA, MATTHEW HEPNER, CRAIG HOLT, TYE MENSER, BENJAMIN OMURA, PETER RIEKE, KATY SHEEHAN, in their official capacities as Washington State Building Code Council Members; and BOB FERGUSON, in his official capacity as Attorney General of Washington, |
| 11 | Defendants. |

### Declaration of Jordan Neal

1. I am the Building Official for Spokane County. My duties involve enforcement of the Washington State Building Codes as mandated by RCW 19.27.050.

2. I have personal knowledge of the facts set out below, and I am competent to testify herein.

3. Sections C403.1.4, C404.2.1, Table C407.2, C502.2.4, C502.2.5, C503.4.6, C503.5, R403.5.7, R403.13, Table R405.2(1), R503.1.2, R503.1.3, R502.3.2, and R502.3.3 ("Appliance Restrictions") of the Washington State Energy Code ban in

DECLARATION OF JORDAN NEAL

many instances gas space and water heating appliances in residential and commercial buildings.

4. Per RCW 19.27A.020, the Washington State Energy Codes, including the Appliance Restrictions, "shall preempt the residential energy code of each city, town, and county in the state of Washington". Spokane County does not have the authority to amend the residential energy code and therefore should not the party in litigation to amend the code.

5. Per RCW 19.27.031, "…there shall be in effect in all counties and cities the state building code…", mandating the codes that Spokane County must abide by and enforce including the residential energy code and its Appliance Restrictions.

6. Per RCW 19.27.040, Spokane County can amend Washington State Building Codes but cannot "diminish" the "minimum performance standards" including those of the of the Appliance Restrictions of the Washington State Energy Code in order to avoid the consequences stated above.

7. Thus, by adopting the Appliance Restrictions, the Washington State Building Code Council has mandated that Spokane County enforce the Appliance Restrictions see RCW 19.24.050. Spokane County officials have no discretion to disregard this directive.

8. Forcing Spokane County to defend the Appliance Restrictions in litigation would significantly burden Spokane County and drain its limited resources—even

DECLARATION OF JORDAN NEAL

though Spokane County did not develop and promulgate the Appliance Restrictions and does not have the authority to implement its own less restrictive code.

9. I declare, under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

SIGNED this **23** day of July, 2024 in Spokane, Washington

JORDAN NEAL
Building Official
Spokane County

DECLARATION OF JORDAN NEAL