UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMON RIVIERA, et al.,<br><br>　　　　　Plaintiff(s),<br>　v.<br><br>KJELL ANDERSON, et al.,<br><br>　　　　　Defendant(s). | CASE NO. C24-0677-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Defendants filed a motion to dismiss this action (Dkt. No. 42), and in lieu of an opposition, Plaintiffs filed an amended complaint. Dkt. No. 47. Defendants have now filed a motion to dismiss the amended complaint. Dkt. No. 48. The clerk is directed to TERMINATE the first motion to dismiss (Dkt. No. 42) as moot.

Dated this 13th day of September 2024.

　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　Clerk


　　　　　　　　　　　　　　　　　　　　*/s/ Serge Bodnarchuk*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1