THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMON RIVIERA; CURTIS BANTA; YONKMAN CONSTRUCTION, INC.; PARAS HOMES, LLC; CONDRON HOMES, LLC; GARCO CONSTRUCTION, INC.; ARLINGTON 360, LLC; HUSEBY HOMES, INC.; SPOKANE HOME BUILDERS ASSOCIATION; WASHINGTON STATE ASSOCIATION OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS; LOCAL 32 OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS; WASHINGTON AND NORTHERN IDAHO DISTRICT COUNCIL OF LABORERS; CITIZEN ACTION DEFENSE FUND; NATIONAL PROPANE GAS ASSOCIATION; AVISTA CORPORATION; CASCADE NATURAL GAS CORPORATION; and NORTHWEST NATURAL GAS COMPANY,<br><br>                            Plaintiffs,<br><br>     v.<br><br>KJELL ANDERSON, JAY ARNOLD, TODD BEYREUTHER, JUSTIN BOURGAULT, DAIMON DOYLE, TOM HANDY, ANGELA HAUPT, ROGER HEERINGA, MATTHEW HEPNER, CRAIG HOLT, TYE MENSER, BENJAMIN OMURA, PETER RIEKE, KATY SHEEHAN, in their official capacities as Washington State Building Code Council Members; and BOB FERGUSON, in his official capacity as Attorney General of Washington,<br><br>                            Defendants. | Case No. 2:24-cv-00677-KKE<br><br>**STIPULATED MOTION TO CORRECT CAPTION** |

STIPULATED MOTION TO CORRECT CAPTION - 1

132285.0009/9898856.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| 1 | CLIMATE SOLUTIONS; THE LANDS COUNCIL; SIERRA CLUB and WASHINGTON PHYSICIANS FOR SOCIAL RESPONSIBILITY, |
| 2 | |
| 3 | |
| 4 | Defendants-Intervenors. |

The caption in this case mistakenly misspells the name of plaintiff Jamon Rivera as "Riviera." "A change of caption . . . requires a court order." *Aurora Fin. Grp. Inc. v. Tollefson*, No. C20-0297JLR, 2020 WL 6343317, at *2 (W.D. Wash. Oct. 29, 2020). The parties respectfully request permission to change the caption to correct the spelling.

DATED:  October 4, 2024

STIPULATED MOTION TO CORRECT CAPTION - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132285.0009/9898856.1

| | |
|---|---|
| LANE POWELL PC | SNELL & WILMER L.L.P. |
| By: *s/Devon McCurdy* <br> Callie A. Castillo, WSBA No. 38214 <br> Devon J. McCurdy, WSBA No. 52663 <br> 1420 Fifth Avenue, Suite 4200 <br> P.O. Box 91302 <br> Seattle, Washington 98111-9402 <br> (206) 223-7000 <br> castilloc@lanepowell.com <br> mccurdyd@lanepowell.com <br> *Counsel for the Homeowners, Builders, and Suppliers, and Unions* | By: *s/Clifford Davidson* <br> Clifford S. Davidson, WSBA No. 48313 <br> Amit D. Ranade, WSBA No. 34878 <br> Mallory L. B. Satre , WSBA No. 50194 <br> SNELL & WILMER L.L.P. <br> 600 University Street, Suite 310 <br> Seattle, WA 98101 <br> (206) 741-1402 <br> csdavidson@swlaw.com aranade@swlaw.com <br> msatre@swlaw.com <br><br> BAKER BOTTS L.L.P. <br> Megan H. Berge, *admitted pro hac vice* <br> Scott Novak, *admitted pro hac vice* <br> 700 K Street NW <br> Washington, D.C. 20001 <br> (202) 639-1308 <br> megan.berge@bakerbotts.com <br> scott.novak@bakerbotts.com <br> *Counsel for Avista Corporation, Cascade Natural Gas Corporation and Northwest Natural Gas Company* |

STIPULATED MOTION TO CORRECT CAPTION - 3

132285.0009/9898856.1

| | |
|---|---|
| WASHINGTON ATTORNEY GENERAL'S OFFICE | EARTHJUSTICE |
| By: *s/July Simpson*<br>Emma Grunberg, WSBA No. 54659<br>William McGinty, WSBA No. 41868<br>R. July Simpson, WSBA No. 45869<br>Sarah E. Smith, WSBA No. 55770<br>7141 Cleanwater Drive SW<br>P.O. Box 40111<br>Olympia, WA 98504-0111<br>(360) 709-6470<br>William.McGinty@atg.wa.gov<br>July.Simpson@atg.wa.gov<br>Emma.Grunberg@atg.wa.gov<br>Sarah.E.Smith@atg.wa.gov<br><br>Dierk Meierbachtol, WSBA No. 31010<br>Transportation and Public Const. Div.<br>7141 Cleanwater Drive SW<br>P.O. Box 40113<br>Olympia, WA 98504-0113<br>(360) 753-6126<br>Dierk.Meierbachtol@atg.wa.gov<br><br>*Attorneys for Defendants* | By: *s/Jan Hasselman*<br>Jan E. Hasselman, WSBA No. 29107<br>Noellia Gravotta, WSBA No. 60089<br>810 3rd Ave., Suite 610<br>Seattle, WA 98104<br>(206) 343-7340<br>jhasserlman@earthjustice.org<br>ngravotta@earthjustice.org<br>jhasselman@earthjustice.org,<br>ngravotta@earthjustice.org<br>ahinz@earthjustice.org<br>dbrechtel@earthjustice.org,<br>nwparalegals@earthjustice.org<br>*Attorneys for Intervenors Climate Solutions, The Lands Council, Sierra Club, and Washington Physicians for Social Responsibility* |

STIPULATED MOTION TO CORRECT CAPTION - 4

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132285.0009/9898856.1