THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMON RIVIERA, et al.,<br><br>         Plaintiffs,<br><br>  v.<br><br>KJELL ANDERSON, et al.,<br><br>         Defendants.<br><br>  v.<br><br>CLIMATE SOLUTIONS, et al.,<br><br>      Defendants-Intervenors. | Case No.  2:24-cv-00677-KKE<br><br>ORDER GRANTING STIPULATED<br>MOTION TO CORRECT CAPTION |

The Court has reviewed the parties' stipulated motion to correct the spelling of the name of the first Plaintiff in this action.  Dkt. No. 50.  The Court GRANTS the motion and directs the clerk to correct the spelling of the first plaintiff from JAMON RIVIERA to JAMON RIVERA.

DATED this 3rd day of October, 2024.

Kymberly K Evanson

_____
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO
CORRECT CAPTION - 1