UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMON RIVERA, et al.,<br><br>            Plaintiff(s),<br><br>    v.<br><br>KJELL ANDERSON, et al.,<br><br>            Defendant(s). | CASE NO. C24-0677-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The parties' briefing on Defendants' motion to dismiss was completed before this month's election, and Defendants' motion references Initiative 2066, which ultimately passed. *See* Dkt. No. 48 at 4 n.1. The parties are directed to file supplemental briefs of no longer than five pages each, no later than December 6, 2024, addressing the impact, if any, of the passage of Initiative 2066 on the issues presented in this case and/or the pending motion to dismiss.

Dated this 22nd day of November, 2024.

                                      Ravi Subramanian
                                      Clerk

                                      */s/ Serge Bodnarchuk*
                                      Deputy Clerk

MINUTE ORDER - 1