THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMON RIVERA; CURTIS BANTA; YONKMAN CONSTRUCTION, INC.; PARAS HOMES, LLC; CONDRON HOMES, LLC; GARCO CONSTRUCTION, INC.; ARLINGTON 360, LLC; HUSEBY HOMES, INC.; SPOKANE HOME BUILDERS ASSOCIATION; WASHINGTON STATE ASSOCIATION OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS; LOCAL 32 OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS; WASHINGTON AND NORTHERN IDAHO DISTRICT COUNCIL OF LABORERS; CITIZEN ACTION DEFENSE FUND; NATIONAL PROPANE GAS ASSOCIATION; AVISTA CORPORATION; CASCADE NATURAL GAS CORPORATION; and NORTHWEST NATURAL GAS COMPANY,<br><br>       Plaintiffs,<br><br> v.<br><br>KJELL ANDERSON, JAY ARNOLD, TODD BEYREUTHER, JUSTIN BOURGAULT, DAIMON DOYLE, TOM HANDY, ANGELA HAUPT, ROGER HEERINGA, MATTHEW HEPNER, CRAIG HOLT, TYE MENSER, BENJAMIN OMURA, PETER RIEKE, KATY SHEEHAN, in their official capacities as Washington State Building Code Council Members; and BOB FERGUSON, in his official capacity as Attorney General of Washington,<br><br>       Defendants. | Case No.  2:24-cv-00677-KKE<br><br>**PLAINTIFFS' INITIATIVE 2066 SUPPLEMENTAL BRIEF** |

PLAINTIFFS' INITIATIVE 2066 SUPPLEMENTAL
BRIEF - 1
Case No. 2:24-cv-00677-KKE

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| 1<br>2<br>3<br>4 | CLIMATE SOLUTIONS; THE LANDS COUNCIL; SIERRA CLUB and WASHINGTON PHYSICIANS FOR SOCIAL RESPONSIBILITY,<br><br>                    Defendants-Intervenors. |

Pursuant to the Court's November 22, 2024 Minute Order, Plaintiffs "address[] the impact, if any, of the passage of Initiative 2066 on the issues presented in this case and/or the pending motion to dismiss." See Dkt. 55.

Defendants appear poised to insist on maintaining the Energy Code, despite the voters' adoption of Initiative 2066. To be sure, Initiative 2066 dooms the Washington State Energy Code ("Energy Code") presently in effect—the same Energy Code Plaintiffs challenge here—and "[a] statutory change . . . is usually enough to render a case moot." *Maldonado v. Morales*, 556 F.3d 1037, 1042 (9th Cir. 2009). But that is true only when the defendant concedes the effect of the changed law on its actions. *See Rupe v. Wood*, 93 F.3d 1434, 1438 (9th Cir. 1996) (addressing an affirmative representation by defendant that changed law would apply to plaintiff); *GEO Grp., Inc. v. Inslee*, 702 F. Supp. 3d 1043, 1051 (W.D. Wash. 2023) (addressing defendant's concession that a Ninth Circuit opinion invalidating a California law also invalidates a Washington law). Here, in contrast, Defendants have made no such concession.

The Building Industry Association of Washington requested that the State Building Code Council ("SBCC") comply with Initiative 2066 by undertaking emergency rulemaking to create a code complying with the Initiative. *See* Building Industry Association of Washington Letter to SBCC, (Nov. 13, 2024), https://sbcc.wa.gov/sites/default/files/2024-11/241113 %20BIAW%20Letter%20RE%20I-2066.pdf. The SBCC rejected that request. Indeed, the SBCC went even further and expressed skepticism that Initiative 2066 impacts the current Energy Code at all. SBCC Special Council Meeting – November 22, 2024, 1:35:44 – 1:36:07, https://www.youtube.com/watch?v=uKJ82Cey31M (adopting a motion stating the SBCC will "keep[] existing 2021 energy code in effect until by this process or directed otherwise by a court"); SBCC Council Meeting – November 15, 2024, 5:55, https://www.youtube.com/

PLAINTIFFS' INITIATIVE 2066 SUPPLEMENTAL BRIEF - 2

Case No. 2:24-cv-00677-KKE

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

watch?v=tNUqgR2np_M (slide presented by SBCC Energy Code Technical Advisory Group Chair Kjell Anderson stating that "[t]he energy codes may already comply with I-2066"). The result is that the Energy Code amendments remain in force and continue to inflict harm on Plaintiffs during the pendency of this action. This leaves a live issue. *See* Dkt. 47 at 16-17; Dkt. 52 at 14-17.

Here, Plaintiffs seek relief under the Energy Policy and Conservation Act ("EPCA"). *See* Dkt. 47 at 30. The EPCA basis for challenging the Energy Code amendments is unaffected by the passage of Initiative 2066 because the Energy Code amendments remain preempted by EPCA. Accordingly, this EPCA-based challenge remains reviewable, regardless of whether there is also a state-law defect in the Energy Code.[1] And this Court remains capable of granting relief to alleviate Plaintiffs' harm.

In sum, Initiative 2066 has no effect on the EPCA-based challenge Plaintiffs are pursuing in this case. EPCA renders the Energy Code unlawful regardless of whether Initiative 2066 also does so.

---

[1] Notably, it is likely that Initiative 2066 will be subject to legal challenge, as groups have already publicly stated they intend to challenge the measure after certification. Amanda Zhou, *WA passes natural gas initiative; climate advocates plan lawsuit*, SEATTLE TIMES (Nov. 8, 2024) ("Opponents of the initiative had already been planning legal action before the election . . . and intend to file a challenge in superior court after the measure is certified."). A legal challenge of this nature could require around a year to resolve. *See, e.g.*, *City of Burien v. Kiga*, 31 P.3d 659 (Wash. 2001) (resolving lawsuit regarding initiative enacted November 7, 2000 on September 20, 2001). Because of the present suit's facial nature, the parties may very well obtain an answer to the EPCA legal questions at issue here well before even the initial suit regarding Initiative 2066's validity concludes.

PLAINTIFFS' INITIATIVE 2066 SUPPLEMENTAL BRIEF - 3
Case No. 2:24-cv-00677-KKE

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

DATED: December 6, 2024

LANE POWELL PC

By: *s/ Devon McCurdy*
    Callie A. Castillo, WSBA No. 38214
    Devon J. McCurdy, WSBA No. 52663
    1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
    Seattle, Washington 98111-9402
    Telephone: 206.223.7000
    castilloc@lanepowell.com
    mccurdyd@lanepowell.com

*Counsel for the Homeowners, Builders, and Suppliers, and Unions*

SNELL & WILMER L.L.P.

By: *s/ Clifford S. Davidson*
    Clifford S. Davidson, WSBA No. 48313
    Amit D. Ranade, WSBA No. 34878
    Mallory L. B. Satre, WSBA No. 50194
    SNELL & WILMER L.L.P.
    600 University Street, Suite 310
    Seattle, WA 98101
    (206) 741-1402
    csdavidson@swlaw.com
    aranade@swlaw.com
    msatre@swlaw.com

*Counsel for the Utilities*

PLAINTIFFS' INITIATIVE 2066 SUPPLEMENTAL BRIEF - 4
Case No. 2:24-cv-00677-KKE

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

...

BAKER BOTTS L.L.P.

By: *s/ Megan H. Berge*
 Megan H. Berge (DC Bar No. 98371)
 Scott Novak (DC Bar No. 1736274)
 700 K Street NW
 Washington, D.C. 20001
 Telephone: 202.639.1308
 megan.berge@bakerbotts.com
 scott.novak@bakerbotts.com

 J. Mark Little (TX Bar No. 24078869)
 910 Louisiana Street
 Houston, TX 77002
 Telephone: 713.229.1489
 mark.little@bakerbotts.com

*Counsel for the Utilities*

PLAINTIFFS' INITIATIVE 2066 SUPPLEMENTAL BRIEF - 5
Case No. 2:24-cv-00677-KKE

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107