## UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Western District of Washington at Seattle

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:24-cv-00677-KKE

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 05/15/2024

Date of judgment or order you are appealing: 02/25/2025

Docket entry number of judgment or order you are appealing: 66

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Avista Corporation, Cascade Natural Gas Corporation, Northwest Natural Gas Company
See Attachment One for full list of appellants

Is this a cross-appeal?   ◯ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ◯ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:    State:    Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ J. Mark Little    **Date** Mar 25, 2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1    Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Avista Corporation, Cascade Natural Gas Corporation, Northwest Natural Gas Company
> See Attachment One for full list of appellants

Name(s) of counsel (if any):

> J. Mark Little
> See Attachment One for full list of appellants and their counsel

Address: 910 Louisiana Street, Houston, TX 77002

Telephone number(s): 713.229.1489

Email(s): mark.little@bakerbotts.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Kjell Anderson, in his official capacity as Washington State Building Code Council Member
> See Attachment Two for full list of appellees

Name(s) of counsel (if any):

> Dierk J. Mejerbachtol
> See Attachment Two for full list of appellees and their counsel

Address: 7141 Cleanwater Drive S.W., Olympia, WA 98504-0100

Telephone number(s): 360.753.2693

Email(s): dierk.mejerbachtol@atg.wa.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

| See Attachment One for full list of appellants and their counsel |

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

| See Attachment Two for full list of appellees and their counsel |

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                             2                             *New 12/01/2018*