

Office of the Clerk
# United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court



FILED

APR 7 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 25-2134 |
| Originating Case Number: | 2:24-cv-00677-KKE |
| Short Title: | Rivera, et al. v. Anderson, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
## United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## TIME SCHEDULE ORDER

Docket Number:            25-2134
Originating Case Number:  2:24-cv-00677-KKE

Case Title:               Rivera, et al. v. Anderson, et al.

**Tuesday, April 8, 2025**

| | |
|---|---|
| Jamon Rivera | Appeal Transcript Order Due |
| Curtis Banta | Appeal Transcript Order Due |
| Yonkman Construction, Inc. | Appeal Transcript Order Due |
| Paras Homes, LLC | Appeal Transcript Order Due |
| Condron Homes, LLC | Appeal Transcript Order Due |
| Garco Construction, Inc. | Appeal Transcript Order Due |
| Arlington 360, LLC | Appeal Transcript Order Due |
| Huseby Homes, LLC | Appeal Transcript Order Due |
| Spokane Home Builders Association | Appeal Transcript Order Due |
| Washington State Association of UA Plumbers Pipefitters and HVAC-R Service Technicians | Appeal Transcript Order Due |
| Local 32 of UA Plumbers Pipefitters and HVAC-R Service Technicians | Appeal Transcript Order Due |
| Washington and Northern Idaho District Council of Laborers | Appeal Transcript Order Due |
| Citizen Action Defense Fund | Appeal Transcript Order Due |
| National Propane Gas Association | Appeal Transcript Order Due |
| Avista CorporationAvista Corporation | Appeal Transcript Order Due |

| | |
|---|---|
| Cascade Natural Gas | Appeal Transcript Order Due |
| Northwest Natural Gas Company | Appeal Transcript Order Due |

**Thursday, May 8, 2025**

| | |
|---|---|
| Jamon Rivera | Appeal Transcript Due |
| Curtis Banta | Appeal Transcript Due |
| Yonkman Construction, Inc. | Appeal Transcript Due |
| Paras Homes, LLC | Appeal Transcript Due |
| Condron Homes, LLC | Appeal Transcript Due |
| Garco Construction, Inc. | Appeal Transcript Due |
| Arlington 360, LLC | Appeal Transcript Due |
| Huseby Homes, LLC | Appeal Transcript Due |
| Spokane Home Builders Association | Appeal Transcript Due |
| Washington State Association of UA Plumbers Pipefitters and HVAC-R Service Technicians | Appeal Transcript Due |
| Local 32 of UA Plumbers Pipefitters and HVAC-R Service Technicians | Appeal Transcript Due |
| Washington and Northern Idaho District Council of Laborers | Appeal Transcript Due |
| Citizen Action Defense Fund | Appeal Transcript Due |
| National Propane Gas Association | Appeal Transcript Due |
| Avista CorporationAvista Corporation | Appeal Transcript Due |
| Cascade Natural Gas | Appeal Transcript Due |
| Northwest Natural Gas Company | Appeal Transcript Due |

**Tuesday, June 17, 2025**

| | |
|---|---|
| Jamon Rivera | Appeal Opening Brief Due |
| Curtis Banta | Appeal Opening Brief Due |
| Yonkman Construction, Inc. | Appeal Opening Brief Due |
| Paras Homes, LLC | Appeal Opening Brief Due |
| Condron Homes, LLC | Appeal Opening Brief Due |
| Garco Construction, Inc. | Appeal Opening Brief Due |
| Arlington 360, LLC | Appeal Opening Brief Due |
| Huseby Homes, LLC | Appeal Opening Brief Due |
| Spokane Home Builders Association | Appeal Opening Brief Due |

| | |
|---|---|
| Washington State Association of UA Plumbers Pipefitters and HVAC-R Service Technicians | Appeal Opening Brief Due |
| Local 32 of UA Plumbers Pipefitters and HVAC-R Service Technicians | Appeal Opening Brief Due |
| Washington and Northern Idaho District Council of Laborers | Appeal Opening Brief Due |
| Citizen Action Defense Fund | Appeal Opening Brief Due |
| National Propane Gas Association | Appeal Opening Brief Due |
| Avista CorporationAvista Corporation | Appeal Opening Brief Due |
| Cascade Natural Gas | Appeal Opening Brief Due |
| Northwest Natural Gas Company | Appeal Opening Brief Due |

**Thursday, July 17, 2025**

| | |
|---|---|
| Kjell Anderson | Appeal Answering Brief Due |
| Jay Arnold | Appeal Answering Brief Due |
| Todd Beyreuther | Appeal Answering Brief Due |
| Justin Bourgault | Appeal Answering Brief Due |
| Daimon Doyle | Appeal Answering Brief Due |
| Tom Handy | Appeal Answering Brief Due |
| Angela Haupt | Appeal Answering Brief Due |
| Roger Heeringa | Appeal Answering Brief Due |
| Matthew Hepner | Appeal Answering Brief Due |
| Craig Holt | Appeal Answering Brief Due |
| Tye Mesner | Appeal Answering Brief Due |
| Benjamin Omura | Appeal Answering Brief Due |
| Peter Rieke | Appeal Answering Brief Due |
| Katy Sheehan | Appeal Answering Brief Due |
| Bob Ferguson | Appeal Answering Brief Due |
| Climate Solutions | Appeal Answering Brief Due |
| Lands Council | Appeal Answering Brief Due |
| Sierra Club | Appeal Answering Brief Due |
| Washington Physicians for Social Responsibility | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**

Case 2:24-cv-00677-KKE    Document 69    Filed 04/07/25    Page 6 of 6